PAULA E. ROBINSON, APPELLANT, V. KENNETH S. ROBINSON,
APPELLEE.

464 N.W.2d 193

Filed January 4, 1991.   No. 90-386.

Frederick D. Stehlik and Jeffrey P. Heineman, of Stehlik,
Klinker & Van Sant, for appellant.

Clarence E. Mock, of Johnson and Mock, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN,
GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

The petitioner, Paula E. Robinson, has appealed from the
judgment of the district court in a proceeding for the
dissolution of a marriage. The assignments of error relate to the
failure of the trial court to appoint a guardian ad litem for the
minor child of the parties and to the award of the custody of the
minor child to the respondent, Kenneth S. Robinson.

The appointment of a guardian ad litem for a minor child in a
dissolution proceeding is a matter within the discretion of the
trial court. *Ritter v. Ritter*, 234 Neb. 203, 450 N.W.2d 204
(1990). Matters of custody are initially entrusted to the
discretion of the trial court, which matters, on appeal, will be
reviewed de novo on the record and affirmed in the absence of
an abuse of discretion. *Parsons v. Parsons*, 219 Neb. 736, 365
N.W.2d 841 (1985).

From our de novo review of the record, we find no abuse of
discretion by the trial court. The judgment is, therefore,
affirmed.

AFFIRMED.